# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

134782 & (78)(82)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GEORGE M. STAPLETON,
      Plaintiff-Appellee/Cross-Appellant,

and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
      Intervening Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellant/Cross-Appellee.

SC: 134782
COA: 273392
Manistee CC: 03-011337-NF

_____/

      On order of the Court, the application for leave to appeal the July 24, 2007 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to consolidate is DENIED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008

_____
Clerk

p0326